CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 FEB 21 PM 2:29
DEPUTY CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM CODY ADAMS (01)

No. 4-18CR036-O

INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 21, 2017, in the Fort Worth Division of the Northern District of Texas, the defendant, **William Cody Adams**, having been convicted of a crime punishable by imprisonment for a term in excess of one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce the following firearm: Smith & Wesson, model 49, .38 caliber revolver, serial number AEM9405.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **William Cody Adams** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following: one Smith & Wesson, model 49, .38 caliber revolver, serial number AEM9405.

A TRUE BILL.

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

DOUGLAS A. ALLEN
Assistant United States Attorney
Texas Bar No. 24011525
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

WILLIAM CODY ADAMS (01)

---

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of Firearm
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 21st day of February, 2018.

---

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE